UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dawn Liberty Vigue,

    Plaintiff,

    v.

William J. Jautausch, Jr., *et al.*,

    Defendants.

Case No. 2:25-cv-987

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

The Magistrate Judge performed an initial screen of this case pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction. R&R, ECF No. 5. The R&R notified Plaintiff of her right to object to that recommendation and of the consequences of failing to do so. *Id.* at 5–6. Plaintiff failed to object, and the Court therefore **ADOPTS** the R&R without performing a *de novo* review. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**